AO 10*
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCKEE, THEODORE A. | U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 09/9/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

20614 U.S. COURTHOUSE
601 MARKET STREET
PHILDELPHIA,
PA. 19106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL PARTNER | PUJKEE ASSOCIATES; (see section viii for information) |
| 2. | ADVISORY BOARD | CITY YEAR OF GREATER PHILADELPHIA |
| 3. | TRUSTEE | TEMPLE UNIVERSITY |
| 4. | TRUSTEE | SYRACUSE UNIVERSITY |
| 5. | BOARD OF VISITORS | TEMPLE UNIVERSITY COLLEGE OF LAW |
| 6. | BOARD OF VISITORS (honorary member) | SYRACUSE UNIVERSITY COLLEGE OF LAW |
| 7. | BOARD OF DIRECTORS | VERA INSTITUTE OF JUSTICE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/9/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | ADMINISTRATIVE OFFICE OF THE PENNSYLVANIA COURTS | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | united states court of appeals | January 17 through January 19 | St. Thomas, virgin islands | Participate in the annual conference of the District Court | travel meals and lodging |
| 2. | united states court of appeals | March 14 through March 16 | Washington DC | attend meeting of the judicial conference | travel meals and lodging |
| 3. | United States Court of appeals | may 4th and May 6 | Philadelphia Pennsylvania | activities connected to our circuit conference | meals and lodging |
| 4. | ignited states courtS | June 5 through June 7 | St. Louis Missouri | meeting of the criminal law committee | meals, lodging, and airfare |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/9/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Ignited States Court, United States Court of Appeals | June 24 | to Newark New Jersey | participate in dedication of atrium to a member of our court | travel |
| 6. | United States Court of appeals | June 27 | Pittsburgh Pennsylvania | participate in memorial service for deceased judge | travel |
| 7. | United States courts | September 12 through September 14 | Washington DC | attend meeting of the judicial conference | travel, meals, and the lodging |
| 8. | United States courts | November 2 through November 3 | Washington DC | attend seminar for circuit judges | travel, meals, and lodging |
| 9. | United States courts | December 4 through December 6 | Phoenix Arizona | attend meeting of the criminal Law committee | travel, meals, and lodging |
| 10. | United States Department of Justice | January 28 | Washington DC | attend meeting of the DOJ science advisor board | travel |
| 11. | American Bar Association | January 29 | Washington DC | attended meeting of the standards committee which I was a member of | travel |
| 12. | New York University College of Law | April 1 through April 3 | New York City | participate in selection of public interest Fellowship for the law school | travel, meals, and lodging |
| 13. | Syracuse University College of Law | April 6th through April 7 | Syracuse New York | participate in moot court program to give a lecture to first year law students | travel, meals, and lodging |
| 14. | VERA Institute of Justice | April 14th | New York City | board meeting | travel |
| 15. | American Constitution Society | May 31 | Washington DC | participate in a panel discussion | travel |
| 16. | VERA instutite of justice | June 9 | New York City | board meeting | travel |
| 17. | Vera Institute of Justice | September 19th | New York City | Board meeting | travel |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/9/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CARDINAL HEALTH | A | Dividend | J | T | | | | | |
| 2. *DR. HORTON COM STOCK * SEE EXPLNATION SECTION VIII | A | Dividend | J | T | | | | | |
| 3. COCA COLA | A | Dividend | J | T | | | | | |
| 4. DOMINI SOCIAL INDEX FUND | A | Dividend | J | T | | | | | |
| 5. EDISON INTL CALIF * SEE SECTION VIII | A | Dividend | J | T | | | | | |
| 6. EMBAQ CORP | A | Dividend | J | T | | | | | |
| 7. EXCELON CORP *SEE SECTION VIII. | A | Dividend | J | T | | | | | |
| 8. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 9. IDEARC INC | A | Dividend | J | T | | | | | |
| 10. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 11. LENAR CORP | A | Dividend | J | T | | | | | |
| 12. MEMC ELECTR MATLS INC SEE EXPLANATION SECTION VIII | A | Dividend | J | T | | | | | |
| 13. MERCK | A | Dividend | J | T | | | | | |
| 14. REBOK | A | Dividend | J | T | | | | | |
| 15. PAX WORLD SOCIAL FUND | A | Dividend | J | T | | | | | |
| 16. PHARACEUTICAL PROD DEV | A | Dividend | J | T | | | | | |
| 17. QUALCOM - SEE SECTION VIII | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/9/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SSGA TUCKERMAN REIT MUTUAL FUND | A | Dividend | J | T | | | | | |
| 19. STAPLES | A | Dividend | J | T | | | | | |
| 20. VERIZON | A | Dividend | J | T | | | | | |
| 21. WHOLE FOODS MARKET | A | Dividend | J | T | | | | | |
| 22. BEN AND JERRY'S | A | Dividend | J | T | | | | | |
| 23. DRESHNER RCM BROTECK FUND | A | Dividend | J | T | | | | | |
| 24. CITIZENS CORE GROWTH FUND | A | Dividend | J | T | | | | | |
| 25. CITIZENS EMERGING GROWTH FUND | A | Dividend | J | T | | | | | |
| 26. CITIZENS GLOBAL EQUITY FUND | A | Dividend | J | T | | | | | |
| 27. MFS EMERGING GROWTH FUND | A | Dividend | J | T | | | | | |
| 28. CISCO | A | Dividend | J | T | | | | | |
| 29. FPL GROUP INC | A | Dividend | J | T | | | | | |
| 30. FLOUR CORP NEW DEL COM | A | Dividend | J | T | | | | | |
| 31. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 32. NORTHEAST UTILITIES | A | Dividend | J | T | | | | | |
| 33. PNM RESOURCES INC | A | Dividend | J | T | | | | | |
| 34. PG&E | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RBC BEARINGS | A | Dividend | J | T | | | | | |
| 36. SOUTHERN ENERGY | A | Dividend | J | T | | | | | |
| 37. WISCONSIN ENERGY | A | Dividend | J | T | | | | | |
| 38. WASHINGTON MUTUAL FUND | A | Dividend | J | T | | | | | |
| 39. HENRY SCHEIN STOCK | A | Dividend | J | T | | | | | |
| 40. AMERICAN WASH MUTUAL AWSHX | A | Dividend | J | T | | | | | |
| 41. EURO PACIFIC FUND | A | Dividend | J | T | | | | | |
| 42. WISCONSIN ENERGY | A | Dividend | J | T | | | | | |
| 43. FRANKLIN FLTG RAGE, FCRX | A | Dividend | J | T | | | | | |
| 44. CALVERT INCOME FUND | A | Dividend | J | T | | | | | |
| 45. AMERICAN WASHINGTON MUTUAL FUND | A | Dividend | J | T | | | | | |
| 46. CENTURY TELE INC - See Section VIII | A | Dividend | J | T | | | | | |
| 47. ALIANT ENERGY See Section VII | A | Dividend | J | T | | | | | |
| 48. YUM BRANDS | A | Dividend | J | T | | | | | |
| 49. PAX WORLD SOCIAL FUND | A | Dividend | J | T | | | | | |
| 50. GFACX-AMERICAN GROWTH | A | Dividend | J | T | | | | | |
| 51. PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/9/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WISCONSIN ENERGY | A | Dividend | J | T | | | | | |
| 53. JOHN HANCOCK MUTUAL FUND (JCVCX) | A | Dividend | J | T | | | | | |
| 54. DREYFUS FUND | A | Dividend | J | T | | | | | |
| 55. BLACKROCK INDUSTRIES (BISIX) | A | Dividend | J | T | | | | | |
| 56. UNITED PARCEL SVC CL B | A | Dividend | | | Closed | 4/14/11 | J | | |
| 57. YAHOO INC | A | Dividend | | | Closed | 2/18/11 | J | | |
| 58. DARDEN RESTAURANTS | A | Dividend | | | Closed | 1/21/11 | J | | |
| 59. NEXTERA ENERGY SHS | A | Dividend | | | Closed | 4/14/11 | J | | |
| 60. FIRST SOLAR INC | A | Dividend | | | Closed | 10/13/11 | J | | |
| 61. EXXON MOBILE | A | Dividend | J | T | | | | | |
| 62. General Electric | A | Dividend | J | T | Buy | 10/13/11 | J | | |
| 63. sempra energy | A | Dividend | J | T | Buy | 10/13/11 | J | | |
| 64. Express Scripts | A | Dividend | | | Closed | 6/15/11 | J | A | |
| 65. Ehealth | A | Dividend | J | T | Buy | 6/10/11 | J | | |
| 66. Eli Lilly | A | Dividend | J | T | Buy | 6/10/11 | J | | |
| 67. american water works | A | Distribution | J | T | Buy (add'l) | 4/19/11 | J | | |
| 68. Duke Energy | A | Dividend | J | T | Closed | 4/19/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/9/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. nextera | A | Dividend | J | T | Closed | 4/19/11 | J | B | |
| 70. PPL | A | Dividend | | | Closed | 4/19/111 | J | B | |
| 71. UNITED PARCEL SVC | A | Dividend | | | Closed | 4/19/11 | J | B | |
| 72. AMERICAN WATER WORKS | A | Dividend | J | T | Buy (add'l) | | J | | |
| 73. FOREST OIL CORP NEW | A | Dividend | J | T | Open | 4/19/11 | J | | |
| 74. EXPRESS SCRIPTS | A | Dividend | | | Closed | 6/10/11 | J | A | |
| 75. ELI LILLY | A | Dividend | J | T | Buy | 6/10/11 | J | | |
| 76. EHEALTH | A | Dividend | J | T | Buy (add'l) | 6/10/11 | | | |
| 77. ALLIANT | A | Dividend | | | Closed | 10/13/11 | J | A | |
| 78. FIRS SOLAR | A | Dividend | | | Closed | 10/13/11 | J | A | |
| 79. FOREST OIL | A | Dividend | J | T | Buy | 10/13/11 | J | | |
| 80. GENERAL ELECTRIC | A | Dividend | J | T | Buy (add'l) | 10/13/11 | J | | |
| 81. SEMPRA ENERGY | A | Dividend | J | T | Buy (add'l) | | J | | |
| 82. APPLE (AAPL) STOCK | A | Dividend | J | T | Buy | 3/25/11 | J | | |
| 83. FURIEX PHARMA INC (FURX) | A | Dividend | J | T | Closed | 6/3/11 | J | A | |
| 84. STAPLES | A | Dividend | J | T | Sold (part) | 6/3/11 | J | A | |
| 85. STAPLES | A | Distribution | J | T | Sold (part) | 6/24/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/9/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CARDINAL HEALTH | A | Dividend | J | T | Buy (add'l) | 6/24/11 | J | | |
| 87. CISCO | A | Dividend | J | T | Sold (part) | 6/30/11 | J | A | |
| 88. APPLE | A | Dividend | J | T | Buy (add'l) | 6/30/11 | J | | |
| 89. PAX WORLD BALANCED FUND | A | Dividend | J | T | Buy (add'l) | 7/8/11 | J | | |
| 90. SPDR FINANCIAL SHARES (XLF) | A | Dividend | | | Closed | 7/26/11 | J | A | |
| 91. APPLE | A | Dividend | J | T | Buy (add'l) | 7/26/11 | J | | |
| 92. APPLE | A | Dividend | J | T | Buy (add'l) | 10/03/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/9/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This year, as in all previous years I have listed an interest in "Pujkee Associates" under Section I. As previously explained, that is an informal family partnership consisteing ▮▮▮▮▮▮▮▮▮▮▮▮. It does not, and never has, made a profit nor was it ever intended to function as a profitable enterprise. ▮▮▮▮▮▮ ▮ has since quit claimed ▮ interest in favor of ▮▮▮▮▮▮.

2. First Energy, line 10; section VII. Upon reviewing prior statements from ▮▮▮ IRA, I realized that First Energy was closed on 12/9/20010 and should have appeared on the report for that period. The gain upon market sale was Code A.

3. MEMC ELECTR; LIINE 12, SECTION VII. Upon reviewing prior statements from ▮▮▮ IRA, I realized that First Energy was closed on 8/13/2008 and should have appeared on the report for that period. The gain upon market sale was Code A.

4/ QUALCOM; LINE 18 SECTION VII Upon reviewing prior statements from ▮▮▮ IRA, I realized that I have previously reported transactons for "NY Energy Corp that appeared in her brokerage statement on my 2010 and 2009 FDR. Those transactions should actually have been "NV Energy, and not "NY Energhy." The information relevant to the transactions for that security is othewise accurately reported.

5. Adobe; line 63 Section VII; Upon reviewing prior statements from ▮▮▮ IRA, I realized that Adobe was closed on 3/5/2010 and should have been reported for that period. the gain uupon was Code A.

6. Lne 5, Sectopn VII; Edison Intl: . Upon reviewing prior statements from ▮▮▮ IRA, I realized that I have previously reported transactons for this security were errroneously reported on my 201 FDR; the position was closed on May 5, 2008 by Market Sale for Code A.

7. line 30 Section VII; DPL Upon reviewing prior statements from ▮▮▮ IRA, I realized that I have previously reported transactons for 2010; I realzed that DPL was closd on 3/5/2010 by Market Sale for Code A and that transaction should have been listed to show that it was closed..

8. Line 31, Section VII. Energy East Corp. Upon reviewing prior statements from ▮▮▮ IRA, I realized that I have previously reported transactons for This security I realized it was closed by Market Sale on Januray 16, 2007 and that should have been closed on the 2007 FDR and deleted from subsequent reports.

9. Line 35; Pinnnacle West Section VII. Energy East Corp. Upon reviewing prior statements from ▮▮▮ IRA, I realized that I have previously reported transactons for This security was closed by Market Sale on November 18, 1008 and should have been closed on the respective FDR report and deleted from subsequent reports.

10. Line 51, Century, Tel Section VI. Upon reviewing prior statements from ▮▮▮ IRA, I realized that I have previously reported transactons for This security was closed on November 13, 2009 by Markett sale for Code A and should have been closed on the respective FDR and deleted from subsequent reorts.

11. Line 52. Alliant Energy, Section VII; Upon reviewing prior statements from ▮▮▮ IRA, I realized that I have previously reported transactons for This security was closed on October 12, 2006 by Markett sale for Code A and should have been closed on the respective FDR and deleted from subsequent reorts.

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/9/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THEODORE A. MCKEE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544